JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOSE ISAIAS HERNANDEZ MENJIVAR,

               Petitioner,

               v.

SECRETARY OF HOMELAND SECURITY, et al.,

               Respondents.

Case No. 5:26-cv-01845-AB (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Respondents are to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. §§ 1003.19 and 1236.1, and at which the government bears the burden of proof, within seven (7) days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge; (2) Respondents are to provide the immigration judge conducting the bond hearing with a copy of the the Order Accepting Findings, Conclusions and Recommendations of

1

United States Magistrate Judge; (3) Respondents are to release Petitioner from custody within eight (8) days following the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge if he has not been provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); and (4) Respondents are to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

Dated: May 29, 2026

_____
HON. ANDRÉ BIROTTE, JR.
United States District Judge

2